IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:08-cv-999-MEF |
| ) | |
| SIX THOUSAND TWO HUNDRED, ) | (WO—Do Not Publish) |
| SEVEN DOLLARS ($6,207.00) IN ) | |
| UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Claimant Sylvester Vaughn's Cross Motion for Summary Judgment (Doc. # 53), filed on July 1, 2010, is untimely. *See* Uniform Scheduling Order (Doc. # 45), § 2 (requiring that motions for summary judgment be filed no later than June 11, 2010). Thus, it is hereby

ORDERED that the motion is DENIED.

DONE this the 2nd day of July, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE